COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-193-CV

JACK HAROLD ROBB, JR.
 
APPELLANT

V.

 ALICIA GWENDOLYN ROBB
 APPELLEE

 
 

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion  For Voluntary Dismissal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED:  October 30, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.